UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE R. BROOKS, et al., | Case No.: 5:13-cv-03325-PSG |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| BAY AREA EQUITY GROUP, LLC, et al., | **(Re: Docket Nos. 53, 55 and 62)** |
| Defendants. | |

The court has been informed that the parties have reached a settlement.[1] Accordingly, the parties shall submit a stipulation to dismiss the case no later than April 8, 2014. If the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, April 15, 2014, at 10:00 AM to show cause why the case should not be dismissed for failure to prosecute. Lisa Nava's pending motion to set aside entry of default is DENIED-AS-MOOT without prejudice to being re-filed in light of the parties settlement of this case.[2]

---

[1] *See* Docket No. 62.

[2] *See* Docket No. 53.

Case No.: 5:13-cv-03325-PSG
STANDBY ORDER TO SHOW CAUSE

1

Rod Tanner's motion to withdraw as counsel for defendants Antranik Kabajouzian and Bay Area Equity Group, LLC also remains pending before the court.[3] In light of Tanner's declaration, the written notice he provided to his client, Kabajouzian's incarceration and the dismissal of Kabajouzian and Bay Area Equity from this case, the court GRANTS Tanner's motion to withdraw.  Tanner need not appear at the scheduled hearing next Tuesday, April 8, 2014.

**IT IS SO ORDERED.**

Dated: April 2, 2014

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

---

[3] See Docket No. 55.  The court finds this motion suitable for disposition on the papers pursuant to the local rules.  See Civil L.R. 7-1(b) ("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call.").

2
Case No.: 5:13-cv-03325-PSG
STANDBY ORDER TO SHOW CAUSE