1  TERRY L. BAKER (SBN 214365)
   820 Bay Avenue, Suite 230L
2  Capitola, CA 95010
   Tel:   (831) 476-7900
3  Fax:   (831) 476-7906
   tbaker@consumerlawgroup.net
4
   Attorney for Plaintiffs
5  LAWRENCE BROOKS, DARLENE LEONG
   and LRB'S DIRECT, LLC
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

| | |
|---|---|
| 11  LAWRENCE BROOKS and DARLENE LEONG, individually and as trustees of 12  The 2003 Brooks/Leong Trust; and LRB'S DIRECT, LLC, a limited liability 13  company, | Case No.: C 13-03325 PSG |
| 14             Plaintiffs, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON** |
| 15  vs. | |
| 16  BAY AREA EQUITY GROUP, LLC, a limited liability company; ANTRANIK 17  KABAJOUZIAN, an individual; TERRANCE BROWN, an individual; 18  LISA NAVA, an individual; ADRIENNE ROCHE, an individual; and 19  DEREK SCHNEIDER, an individual, | |
| 20             Defendants. | |

21

22     It is hereby stipulated, by and between plaintiffs and defendant Lisa Nava, by and

23  through their respective counsel of record, that based on the settlement that the parties have

24  entered into, the above-captioned matter be dismissed as to Lisa Nava, with prejudice,

25  pursuant to FRCP Rule 41(a)(1).

26  ///

27  ///

28  ///

                                          1

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON**

1  ///
2
3  Dated:       April 8, 2014            Respectfully submitted,
4
5
                                         /s/ Terry L. Baker
6                                        TERRY L. BAKER
                                         Attorneys for Plaintiffs
7
8  Dated:       April 8, 2014            TANNER & ASSOCIATES
9
10
                                         /s/ Rod K. Tanner
11                                       ROD K. TANNER
                                         Attorney for Lisa Nava
12
13                              **ORDER**
14
15        The parties having stipulated and good cause appearing therefor,
16
17        IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed as to
18  Lisa Nava, with prejudice.
19
20  Dated: April 8, 2014                  [signature]
21                                        Hon. PAUL S. GREWAL
                                          UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON**