# EXHIBIT B

**LISA NAVA'S REQUEST FOR FRCP RULE 11 SANCTIONS (MAY 7, 2014)**

| MATTER | DATE | DESCRIPTION | RATE | HRS. | EXT. |
|---|---|---|---|---|---|
| Motion to set aside default | 2/12/14 | Prepare declarations | 225.00 | 0.6 | 135.00 |
| Motion to set aside default | 2/13/14 | Corresp. Re representation; set aside | 225.00 | 0.5 | 112.50 |
| Motion to set aside default | 2/14/14 | Visit A. Kabajouzian for review of declaration | 225.00 | 2.1 | 472.50 |
| Motion to set aside default | 2/16/14 | Research and prepare motion | 225.00 | 3.7 | 832.50 |
| Motion to set aside default | 2/17/14 | Prepare motion | 225.00 | 8.7 | 1,957.50 |
| Motion to set aside default | 2/18/14 | Prepare motion | 225.00 | 2.5 | 562.50 |
| Motion to set aside default | 2/18/14 | Visit A. Kabajouzian for signatures | 225.00 | 2.0 | 450.00 |
|  |  | Subtl. |  | 20.1 | 4,522.50 |

| MATTER | DATE | DESCRIPTION | RATE | HRS. | EXT. |
|---|---|---|---|---|---|
| Answer FAC | 2/13/14 | Prepare answer to FAC | 225.00 | 1.1 | 247.50 |
| Answer FAC | 2/14/14 | Prepare answer to FAC | 225.00 | 0.9 | 202.50 |
| Answer FAC | 2/19/14 | Prepare answer to FAC | 225.00 | 0.1 | 22.50 |
| Answer FAC | 2/27/14 | Prepare answer to FAC | 225.00 | 0.1 | 22.50 |
| Answer FAC | 3/4/14 | Prepare answer to FAC | 225.00 | 0.1 | 22.50 |
|  |  | Subtl. |  | 2.3 | 517.50 |

| MATTER | DATE | DESCRIPTION | RATE | HRS. | EXT. |
|---|---|---|---|---|---|
| Motion for Rule 11 Sanctions | 3/9/14 | Research and draft motion | 225.00 | 3.4 | 765.00 |
| Motion for Rule 11 Sanctions | 3/10/14 | Draft motion | 225.00 | 2.6 | 585.00 |
| Motion for Rule 11 Sanctions | 3/10/14 | Research and draft motion | 225.00 | 1.0 | 225.00 |
| Motion for Rule 11 Sanctions | 3/11/14 | Draft, revise, edit, and proof motion | 225.00 | 4.6 | 1,035.00 |
| Motion for Rule 11 Sanctions | 3/12/14 | Final edit and proof; prepare exhibits | 225.00 | 1.4 | 315.00 |
|  |  | Subtl. |  | 13.0 | 2,925.00 |
| [Motion for Rule 11 Sanctions] |  | Prepare Reply | 225.00 | 1.5 | 225.00 |
| [Motion for Rule 11 Sanctions] | 6/10/14 | Appear at hearing | 225.00 | 1.5 | 225.00 |
|  |  | Subtl. |  | 3.0 | 450.00 |

|  |  |  |
|---|---|---|
| TOTAL HRS. AND FEES | 38.4 | 8,415.00 |
| SETTLEMENT OBTAINED FROM L. NAVA |  | 1,500.00 |
| TOTAL SANCTIONS OBTAINABLE |  | 9,915.00 |

**REQUESTED SANCTIONS**

| | |
|---|---|
| **66% of $8415 fees** | 5,550.00 |
| **Settlement obained from Nava** | 1,500.00 |
| | 7,050.00 |

# DECL. TANNER EXHIBIT B