UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE R. BROOKS, et al., | Case No. 5:13-cv-03325-PSG |
| Plaintiffs, | **ORDER DENYING MOTION FOR SANCTIONS** |
| v. | |
| BAY AREA EQUITY GROUP, LLC, et al., | **(Re: Docket No. 72)** |
| Defendants. | |

Before the court is Defendant Lisa Nava's motion for sanctions pursuant to Rule 11. Plaintiffs Lawrence Brooks, Darlene Leong and LRB's Direct, LLC oppose. Yesterday the parties appeared for a hearing on the motion. After considering the arguments in the papers and at the hearing, the court DENIES the motion.

A "stipulated dismissal of an action with prejudice in a federal district court generally constitutes a final judgment on the merits and precludes a party from reasserting the same claims in a subsequent action in the same court."[1] A voluntary dismissal "with prejudice" operates as an

---

[1] *Headwaters Inc. v. U.S. Forest Serv.*, 399 F.3d 1047, 1052 (9th Cir. 2005) (citing *Concha v. London*, 62 F.3d 1493, 1507-08 (9th Cir. 1995)); *see also Schmier v. McDonald's LLC*, 569 F.3d 1240, 1242 (10th Cir. 2009).

"A voluntary dismissal with prejudice operates as a final adjudication on the merits," *Warfield v. AlliedSignal TBS Holdings, Inc.,* 267 F.3d 538, 542 (6th Cir. 2001), and is thus a "final judgment," *Randall v. Merrill Lynch,* 820 F.2d 1317, 1320 (D.C. Cir. 1987) (internal quotation marks omitted); *see* 8 James Wm. Moore et al., Moore's Federal

1
Case No. 5:13-cv-03325-PSG
ORDER DENYING MOTION FOR SANCTIONS

adjudication upon the merits, barring further action on the same claims.[2] The local rules further provide: "Unless otherwise ordered by the Court, no motion for sanctions may be served and filed more than 14 days after entry of judgment by the District Court."[3]

Because the court entered a dismissal with prejudice in this matter as to Lisa Nava on April 8, 2014, and this sanctions motion was not filed until May 5, 2014 – more than fourteen days after the dismissal with prejudice was entered – this motion is untimely. Sanctions are not warranted.

**IT IS SO ORDERED.**

Dated: June 18, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

Practice § 41.33[6][c] at 41–84 ("A dismissal by notice made with prejudice operates as an adjudication on the merits.").

*See also Federated Towing & Recovery, LLC v. Praetorian Ins. Co.*, 283 F.R.D. 644, 655 (D.N.M. 2012) (quoting *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003) ("any action a district court takes following a voluntary dismissal under rule 41(a)(1) is 'superfluous, a nullity, and without procedural effect for purposes of appeal or otherwise'")).

[2] *Semteklnt'l Inc. v. Lockheed Martin Corp.*, 531 U.S. 497, 505 (2001).

[3] Civil L.R. 7-8(d).